*Assistant Attorney General Holland, Ellis N. Slack, David L. Luce* and *Joseph M. Howard* for the United States.

No. 691. Cox et al., Administrators, et al. *v.* Roth, Administrator. C. A. 5th Cir. Certiorari granted. *Douglas D. Batchelor* and *David W. Dyer* for petitioners. *Jacob Rassner* for respondent.

No. 696. Tee-Hit-Ton Indians *v.* United States. Court of Claims. Certiorari granted. *James Craig Peacock, Martin W. Meyer, William L. Paul, Jr., John E. Skilling* and *John H. Myers* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *John C. Harrington* for the United States.

No. 697. Castle, Attorney General, et al. *v.* Hayes Freight Lines, Inc. Supreme Court of Illinois. Certiorari granted. *Latham Castle,* Attorney General of Illinois, *John L. Davidson, Jr.,* First Assistant Attorney General, *Mark O. Roberts,* Special Assistant Attorney General, and *William C. Wines* and *Lee D. Martin,* Assistant Attorneys General, for petitioners.

No. 710. Federal Power Commission *v.* Colorado Interstate Gas Co. C. A. 10th Cir. Certiorari granted. *Solicitor General Sobeloff* and *Willard W. Gatchell* for petitioner. *James Lawrence White, William A. Dougherty, John P. Akolt, Sr., John R. Turnquist, Charles E. McGee* and *Lewis M. Poe* for respondent.